No. 75–1775. MASSACHUSETTS *v.* WESTCOTT. Sup. Jud. Ct. Mass. Certiorari granted.

No. 75–1805. JEFFERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted.

No. 76–156. VENDO CO. *v.* LEKTRO-VEND CORP. ET AL. C. A. 7th Cir. Certiorari granted.

No. 75–1344. SCARBOROUGH *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted limited to Question No. 1 presented by the petition.

No. 75–1906. HENDERSON, CORRECTIONAL SUPERINTEND-ENT *v.* KIBBE. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1870. E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* COLLINS ET AL.; and

No. 75–1872. SECURITIES AND EXCHANGE COMMISSION *v.* COLLINS ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 75–5444. COKER *v.* GEORGIA. Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* and certiorari granted limited to Question No. 1 presented by the petition.

No. 75–6568. HANKERSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–167. UNITED STATES *v.* RAMSEY ET AL. C. A. D. C. Cir. Motion of respondent James W. Kelly for leave to proceed *in forma pauperis* and certiorari granted.